K.F–M.

v.

J.W.M.

1955 MDA 2016

Superior Court of Pennsylvania.

07/27/2017

Reargument Denied 9/28/2017

CI–16–07234 (Lancaster)

Affirmed

COM.

v.

REDICK, T.

135 MDA 2017

Superior Court of Pennsylvania.

07/27/2017

CP–28–CR–0002372–2014 (Franklin)

Affirmed

COM.

v.

FETTEROLF, J.

45 MDA 2017

Superior Court of Pennsylvania.

07/27/2017

CP–60–MD–0000145–2015 (Union)

Affirmed

COM.

v.

HARRIS, A., Jr.

210 MDA 2017

Superior Court of Pennsylvania.

07/27/2017

CP–14–CR–0001185–2014 (Centre)

Affirmed

